**Fill in this information to identify the case:**

Debtor name: Pleasant View Luther Home, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01708

☐ Check if this is an amended filing

## Official Form 206A/B

## Schedule A/B: Assets — Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

### Part 1: Cash and Cash Equivalents

**1. Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.

☑ Yes. Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|
| **2. Cash on hand** | | | |
| 2.1 | | | $0.00 |
| **3. Checking, savings, money market, or financial brokerage accounts** *(Identify all)* | | | |
| Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account # | |
| 3.1   Argent Institutional Trust | Escrow Account for Residents' Entrance Fees | 7832 | $1,110,570.00 |
| 3.2   Old National Bank | Depository Account | 6013 | $85,166.03 |
| 3.3   Old National Bank | Operating Account | 6021 | $2,401.91 |
| 3.4   Old National Bank | Resident Account | 6039 | $232.69 |
| 3.5   Old National Bank | Resident Appreciation Gift Account | 702 | $89.35 |
| 3.6   Wintrust | Operating Account | 6164 | $138,350.47 |

**4. Other cash equivalents** *(Identify all)*

| 4.1 | | |
|---|---|---|
| | Resident Trust | $233.00 |

**5. Total of Part 1**

Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

$1,337,043.45

## Part 2: Deposits and prepayments

**6. Does the debtor have any deposits or prepayments?**

☐ No. Go to Part 3.

☑ Yes. Fill in the information below.

| | Current value of debtor's interest |
|---|---|

**7. Deposits, including security deposits and utility deposits**
Description, including name of holder of deposit

| 7.1 | | $0.00 |
|---|---|---|

**8. Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
Description, including name of holder of prepayment

| 8.1 | Arthur J. Gallagher Risk Management Services, LLC - Prepaid Insurance | $19,373.06 |
|---|---|---|
| 8.2 | Caring Communities - Prepaid Insurance | $45,099.72 |
| 8.3 | GCG Risk Management - Prepaid Insurance | $5,272.59 |
| 8.4 | Leading Age - Trade Prepayment | $11,916.67 |
| 8.5 | Open Sesame - Trade Prepayment | $7,903.95 |
| 8.6 | Salesforce, Inc. - Trade Prepayment | $2,108.17 |
| 8.7 | Summit - Prepaid Workers' Compensation | $277,650.00 |
| 8.8 | Thomas Cuisine - Trade Prepayment | $40,000.00 |
| 8.9 | Travelers - Prepaid Insurance | $6,292.41 |

**9. Total of Part 2**

Add lines 7 through 8. Copy the total to line 81.

$415,616.57

## Part 3: Accounts receivable

**10. Does the debtor have any accounts receivable?**

☐ No. Go to Part 4.

☑ Yes. Fill in the information below.

**11. Accounts receivable**

|  |  |  |  |  | **Current value of debtor's interest** |
|---|---|---|---|---|---|
| 11a. | 90 days old or less: | $614,987.38 | − | $136,928.70 = ........ ➔ | $478,058.00 |
|  |  | face amount | | doubtful or uncollectible accounts | |
| 11b. | Over 90 days old: | $119,162.62 | − | $119,162.62 = ........ ➔ | $0.00 |
|  |  | face amount | | doubtful or uncollectible accounts | |

**12. Total of Part 3**

Current value on lines 11a + 11b = line 12. Copy the total to line 82.

| $478,058.00 |
|---|

---

**Part 4:   Investments**

**13. Does the debtor own any investments?**

☑ No. Go to Part 5.

☐ Yes. Fill in the information below.

| | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|

**14. Mutual funds or publicly traded stocks not included in Part 1**
Name of fund or stock:

| 14.1 | | | $0.00 |
|---|---|---|---|

**15. Non-publicly traded stock and interests in incorporated and unincorporated businesses, including any interest in an LLC, partnership, or joint venture**
Name of entity:                                    % of ownership:

| 15.1 | | | $0.00 |
|---|---|---|---|

**16. Government bonds, corporate bonds, and other negotiable and non-negotiable instruments not included in Part 1**
Describe:

| 16.1 | | | $0.00 |
|---|---|---|---|

**17. Total of Part 4**

Add lines 14 through 16. Copy the total to line 83.

| $0.00 |
|---|

---

**Part 5:   Inventory, excluding agriculture assets**

**18. Does the debtor own any inventory (excluding agriculture assets)?**

☐ No. Go to Part 6.

☑ Yes. Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| **19. Raw materials** | | | | |
| 19.1 | | | | $0.00 |

**20. Work in progress**

| 20.1 | | | | | $0.00 |
|------|--|--|--|--|-------|

**21. Finished goods, including goods held for resale**

| 21.1 | | | | | $0.00 |
|------|--|--|--|--|-------|

**22. Other inventory or supplies**

| 22.1 | Culinary Inventory | July 2024 | $18,254.18 | Net Book Value | $18,254.18 |
|------|--------------------|-----------|------------|----------------|------------|

**23. Total of Part 5**

Add lines 19 through 22. Copy the total to line 84.

| $18,254.18 |
|------------|

**24. Is any of the property listed in Part 5 perishable?**

☐ No

☑ Yes

**25. Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**

☐ No

☑ Yes   Book value   18,254.18   Valuation method   Cost   Current value   $18,254.18

**26. Has any of the property listed in Part 5 been appraised by a professional within the last year?**

☑ No

☐ Yes

| **Part 6:** | **Farming and fishing-related assets (other than titled motor vehicles and land)** |
|-------------|-------------------------------------------------------------------------------------|

**27. Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

☑ No. Go to Part 7.

☐ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---------------------|-------------------------------------------------------|------------------------------------------|-------------------------------------|

**28. Crops—either planted or harvested**

| 28.1 | | | $0.00 |
|------|--|--|-------|

**29. Farm animals** *Examples:* Livestock, poultry, farm-raised fish

| 29.1 | | | $0.00 |
|------|--|--|-------|

**30. Farm machinery and equipment** (Other than titled motor vehicles)

| 30.1 | | | $0.00 |
|------|--|--|-------|

**31. Farm and fishing supplies, chemicals, and feed**

| 31.1 | | | $0.00 |
|------|--|--|-------|

**32. Other farming and fishing-related property not already listed in Part 6**

32.1

_____    $0.00

**33. Total of Part 6**

Add lines 28 through 32. Copy the total to line 85.

| $0.00 |
|---|

**34. Is the debtor a member of an agricultural cooperative?**

☑ No

☐ Yes. Is any of the debtor's property stored at the cooperative?

      ☐ No

      ☐ Yes

**35. Has any of the property listed in Part 6 been purchased within 20 days before the bankruptcy was filed?**

☑ No

☐ Yes    Book value _____    Valuation method _____    Current value _____

**36. Is a depreciation schedule available for any of the property listed in Part 6?**

☑ No

☐ Yes

**37. Has any of the property listed in Part 6 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 7: | Office furniture, fixtures, and equipment; and collectibles |
|---|---|

**38. Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

☐ No. Go to Part 8.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **39. Office furniture** | | | |
| 39.1 Furniture and Furishings (Net) | $898,047.00 | Net Book Value | $898,047.00 |
| **40. Office fixtures** | | | |
| 40.1 See Schedule A/B Question 39 | | | $0.00 |
| **41. Office equipment, including all computer equipment and communication systems equipment and software** | | | |
| 41.1 IT Equipment and Software (Net) | $82,279.00 | Net Book Value | $82,279.00 |

**42. Collectibles** *Examples:* Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

42.1

_____    $0.00

**43. Total of Part 7**

Add lines 39 through 42. Copy the total to line 86.

| | $980,326.00 |

**44. Is a depreciation schedule available for any of the property listed in Part 7?**

☐ No

☑ Yes

**45. Has any of the property listed in Part 7 been appraised by a professional within the last year?**

☑ No

☐ Yes

---

**Part 8:   Machinery, equipment, and vehicles**

---

**46. Does the debtor own or lease any machinery, equipment, or vehicles?**

☐ No. Go to Part 9.

☑ Yes. Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1<br>2012 Ford E 450 Super Duty (VIN #1FDFE4FS5CDA16893) | $0.00 | Net Book Value | Undetermined |
| 47.2<br>2014 Dodge Grand Caravan (VIN #2C7WDGBG0ER161739) | $0.00 | Net Book Value | Undetermined |
| 47.3<br>2024 Ford StarTrans Senator II (VIN #1FDFE4FN3RDD45708) | $99,816.64 | Net Book Value | $99,816.64 |
| **48. Watercraft, trailers, motors, and related accessories** Examples: Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| 48.1 | | | $0.00 |
| **49. Aircraft and accessories** | | | |
| 49.1 | | | $0.00 |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)** | | | |
| 50.1<br>Building Equipment (Net) | $190,923.00 | Net Book Value | $190,923.00 |
| 50.2<br>Other Equipment (Net) | $169,161.00 | Net Book Value | $169,161.00 |

**51. Total of Part 8.**

Add lines 47 through 50. Copy the total to line 87.

| | $459,900.64 |

**52. Is a depreciation schedule available for any of the property listed in Part 8?**

☐ No

☑ Yes

**53. Has any of the property listed in Part 8 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 9:   Real Property

**54. Does the debtor own or lease any real property?**

☐ No. Go to Part 10.

☑ Yes. Fill in the information below.

**55. Any building, other improved real estate, or land which the debtor owns or in which the debtor has an interest**

| Description and location of property<br>Include street address or other description such as Assessor Parcel Number (APN), and type of property (for example, acreage, factory, warehouse, apartment or office building), if available. | Nature and extent of debtor's interest in property | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 55.1<br>505 College Ave, Ottawa, IL 61350 | Owned | N/A | N/A | $0.00 |
| 55.2<br>Building Improvements (Net) | N/A | $1,303,405.00 | Net Book Value | $1,303,405.00 |
| 55.3<br>Buildings (Net) | N/A | $18,924,177.00 | Net Book Value | $18,924,177.00 |
| 55.4<br>Construction in Process (Net) | N/A | $12,954.00 | Net Book Value | $12,954.00 |
| 55.5<br>Land (Net) | N/A | $347,068.00 | Net Book Value | $347,068.00 |
| 55.6<br>Land Improvements (Net) | N/A | $458,150.00 | Net Book Value | $458,150.00 |

**56. Total of Part 9.**

Add the current value of all lines in question 55 and entries from any additional sheets. Copy the total to line 88.

| $21,045,754.00 |
|---|

**57. Is a depreciation schedule available for any of the property listed in Part 9?**

☐ No

☑ Yes

**58. Has any of the property listed in Part 9 been appraised by a professional within the last year?**

☑ No

☐ Yes

## Part 10:   Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

☐ No. Go to Part 11.

☑ Yes. Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| 60.1 | | | $0.00 |
| **61. Internet domain names and websites** | | | |
| 61.1 HelloPleasantView.org | Undetermined | N/A | Undetermined |
| 61.2 MeetPleasantView.org | Undetermined | N/A | Undetermined |
| 61.3 PleasantviewCB.org | Undetermined | N/A | Undetermined |
| 61.4 PleasantviewCT.org | Undetermined | N/A | Undetermined |
| 61.5 PleasantViewGiving.org | Undetermined | N/A | Undetermined |
| 61.6 PleasantviewST.org | Undetermined | N/A | Undetermined |
| 61.7 PleasantviewTT.org | Undetermined | N/A | Undetermined |
| 61.8 PleasentViewTT.org | Undetermined | N/A | Undetermined |
| 61.9 PVcottage.org | Undetermined | N/A | Undetermined |
| 61.10 PVCotttages.org | Undetermined | N/A | Undetermined |
| 61.11 PVevents.org | Undetermined | N/A | Undetermined |
| 61.12 PVExpansion.org | Undetermined | N/A | Undetermined |
| 61.13 PVHoliday.org | Undetermined | N/A | Undetermined |
| 61.14 VisitPleasantView.org | Undetermined | N/A | Undetermined |
| **62. Licenses, franchises, and royalties** | | | |
| 62.1 | | | $0.00 |

**63. Customer lists, mailing lists, or other compilations**

63.1

| | | | |
|---|---|---|---|
| Resident List | Undetermined | N/A | Undetermined |

**64. Other intangibles, or intellectual property**

64.1

| | | | |
|---|---|---|---|
| Facebook - @PleasantViewLLC | Undetermined | N/A | Undetermined |

64.2

| | | | |
|---|---|---|---|
| Instagram - @PleasantView.LLC | Undetermined | N/A | Undetermined |

**65. Goodwill**

65.1

| | | | |
|---|---|---|---|
| | | | $0.00 |

**66. Total of Part 10.**

Add lines 60 through 65. Copy the total to line 89.

| |
|---|
| $0.00 |

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C. §§ 101(41A) and 107)?

☐ No
☑ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**

☑ No
☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**

☑ No
☐ Yes

| **Part 11:** | **All other assets** |
|---|---|

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

☐ No. Go to Part 12.
☑ Yes. Fill in the information below.

| | **Current value of debtor's interest** |
|---|---|

**71. Notes receivable**
Description (include name of obligor)

71.1

| | total face amount | doubtful or uncollectible amount | = ➔ | $0.00 |
|---|---|---|---|---|

**72. Tax refunds and unused net operating losses (NOLs)**
Description (for example, federal, state, local)

72.1

| | Tax year | | $0.00 |
|---|---|---|---|

**73. Interests in insurance policies or annuities**

73.1

| | |
|---|---|
| Surety Bond | $350,000 |

73.2

| | |
|---|---|
| Interest in Senior Services Organization Professional Liability Policy | Undetermined |

| | |
|---|---|
| 73.3 | |
| Interest in Commercial General Liability Policy | Undetermined |
| 73.4 | |
| Interest in Employee Benefit Program Policy | Undetermined |
| 73.5 | |
| Interest in Fiduciary Liability Policy | Undetermined |
| 73.6 | |
| Interest in Employment Practices Liability Policy | Undetermined |
| 73.7 | |
| Interest in Directors and Officers Policy | Undetermined |
| 73.8 | |
| Interest in Executive Lines Excess Insurance Policy Policy | Undetermined |
| 73.9 | |
| Interest in Excess Insurance Policy Policy | Undetermined |
| 73.10 | |
| Interest in Property Policy | Undetermined |
| 73.11 | |
| Interest in Auto Policy | Undetermined |
| 73.12 | |
| Interest in Crime Policy | Undetermined |
| 73.13 | |
| Interest in ERISA Fidelity Bond Policy | Undetermined |
| 73.14 | |
| Interest in Workers Comp Policy | Undetermined |

**74. Causes of action against third parties (whether or not a lawsuit has been filed)**

74.1

$0.00

Nature of Claim

Amount requested

**75. Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims**

75.1

$0.00

Nature of Claim

Amount requested

**76. Trusts, equitable or future interests in property**

76.1

$0.00

**77. Other property of any kind not already listed** *Examples:* Season tickets, country club membership

77.1

Intercompany Receivable from Luther Oaks, Inc.                                    $2,501.00

Debtor    <u>Pleasant View Luther Home, Inc.</u>    Case number *(if known)* <u>25-01708</u>
Name

**78. Total of Part 11.**

Add lines 71 through 77. Copy the total to line 90.

| $2,501.00 |

**79. Has any of the property listed in Part 11 been appraised by a professional within the last year?**

☑ No

☐ Yes

| Part 12: | Summary |

**In Part 12 copy all of the totals from the earlier parts of the form.**

| Type of property | Current value of personal property | Current value of real property |
|---|---|---|
| **80. Cash, cash equivalents, and financial assets.** Copy line 5, Part 1. | $1,337,043.45 | |
| **81. Deposits and prepayments.** Copy line 9, Part 2. | $415,616.57 | |
| **82. Accounts receivable.** Copy line 12, Part 3. | $478,058.00 | |
| **83. Investments.** Copy line 17, Part 4. | $0.00 | |
| **84. Inventory.** Copy line 23, Part 5. | $18,254.18 | |
| **85. Farming and fishing-related assets.** Copy line 33, Part 6. | $0.00 | |
| **86. Office furniture, fixtures, and equipment; and collectibles.** Copy line 43, Part 7. | $980,326.00 | |
| **87. Machinery, equipment, and vehicles.** Copy line 51, Part 8. | $459,900.64 | |
| **88. Real property. Copy line 56, Part 9.** | → | $21,045,754.00 |
| **89. Intangibles and intellectual property.** Copy line 66, Part 10. | $0.00 | |
| **90. All other assets.** Copy line 78, Part 11. | $2,501.00 | |

**91. Total. Add lines 80 through 90 for each column**    91a.

| $3,691,699.84 |

91b.

| $21,045,754.00 |

**92. Total of all property on Schedule A/B.** Lines 91a + 91b = 92.

| $24,737,453.84 |

**Fill in this information to identify the case:**

Debtor name: Pleasant View Luther Home, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01708

☐ Check if this is an amended filing

## Official Form 206D

## Schedule D: Creditors Who Have Claims Secured by Property

**Be as complete and accurate as possible.**

**Part 1:    List Creditors Who Have Claims Secured by Property**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor`s other schedules. Debtor has nothing else to report on this form.

☑ Yes. Fill in the information below.

**2. List creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | *Column A* **Amount of Claim** Do not deduct the value of collateral. | *Column B* **Value of collateral that supports this claim** |
|---|---|---|

2.1

COMPUTERSHARE TRUST COMPANY, N.A.
1505 ENERGY PARK DRIVE
ST. PAUL, MN 55108

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 025027507

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined | Undetermined

**2.2**

COMPUTERSHARE TRUST
COMPANY, N.A.
1505 ENERGY PARK DRIVE
ST. PAUL, MN 55108

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:** _Undetermined_   _Undetermined_

**Describe the lien**
UCC Lien No. 025027515

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**2.3**

LEAF CAPITAL FUNDING, LLC
AND/OR ITS ASSIGNS
2005 MARKET STREET
14TH FLOOR
PHILADELPHIA, PA 19103

**Date debt was incurred?**
8/2/2021

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No

☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:** _Undetermined_   _Undetermined_

**Describe the lien**
UCC Lien No. 027527175

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**2.4**

MISSION INVESTMENT FUND OF
THE EVANGELICAL LUTHERAN
CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
12/16/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**    Undetermined    Undetermined

**Describe the lien**
UCC Lien No. 025034554

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☑ Unliquidated

☑ Disputed

**2.5**

MISSION INVESTMENT FUND OF
THE EVANGELICAL LUTHERAN
CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**

☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**    $7,534,756.00    Undetermined
All Owned Assets

**Describe the lien**
Series 2019C Bonds - Subordinated

**Is the creditor an insider or related party?**

☑ No

☐ Yes

**Is anyone else liable on this claim?**

☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.

☑ Contingent

☐ Unliquidated

☐ Disputed

2.6

OLD NATIONAL BANK
Attn: KIM MCMAHON, JOHN
WHYMAN
8750 W. BRYN MAWR AVENUE
CHICAGO, IL 60631

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
All Owned Assets

**Describe the lien**
Series 2019B-1 Bonds

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☐ Contingent

☐ Unliquidated

☐ Disputed

$613,855.00          Undetermined

2.7

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/1/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including

this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**
All Owned Assets

**Describe the lien**
Series 2019A Bonds

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☐ No

☑ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☐ Unliquidated

☐ Disputed

$151,870,511.00          Undetermined

**2.8**

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 025027507

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

**2.9**

UMB BANK, N.A.
ATTN: JULIE BECKER
120 SIXTH STREET SOUTH
SUITE 1400
MINNEAPOLIS, MN 55402

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☐ No
☐ Yes. Specify each creditor, including this creditor, and its relative priority.

**Describe debtor's property that is subject to the lien:**

**Describe the lien**
UCC Lien No. 025027515

**Is the creditor an insider or related party?**
☑ No
☐ Yes

**Is anyone else liable on this claim?**
☑ No
☐ Yes. Fill out Schedule H: Codebtors(Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent
☑ Unliquidated
☑ Disputed

Undetermined          Undetermined

**2.10**

WELLS FARGO BANK, NATIONAL
ASSOCIATION
10 SOUTH WACKER DRIVE
13TH FLOOR
CHICAGO, IL 60606

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including
this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**                                    Undetermined          Undetermined

**Describe the lien**
UCC Lien No. 025027507

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**2.11**

WELLS FARGO BANK, NATIONAL
ASSOCIATION
10 SOUTH WACKER DRIVE
13TH FLOOR
CHICAGO, IL 60606

**Date debt was incurred?**
12/12/2019

**Last 4 digits of account number**

**Do multiple creditors have an interest
in the same property?**
☐ No

☐ Yes. Specify each creditor, including
this creditor, and its relative priority.

**Describe debtor's property that is subject to
the lien:**                                    Undetermined          Undetermined

**Describe the lien**
UCC Lien No. 025027515

**Is the creditor an insider or related party?**
☑ No

☐ Yes

**Is anyone else liable on this claim?**
☑ No

☐ Yes. Fill out Schedule H: Codebtors(Official
Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply.
☑ Contingent

☑ Unliquidated

☑ Disputed

**3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional
Page, if any.**                                                              $160,019,122.00

**Part 2:**   **List Others to Be Notified for a Debt That You Already Listed**

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of
claims listed above, and attorneys for secured creditors.
If no others need to be notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **3.1** | | |

**Fill in this information to identify the case:**

Debtor name: Pleasant View Luther Home, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01708

☐ **Check if this is an amended filing**

## Official Form 206E/F

## Schedule E/F: Creditors Who Have Unsecured Claims

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B) and on Schedule G: Executory Contracts and Unexpired Leases (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:    List All Creditors with PRIORITY Unsecured Claims

**1. Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

☐ No. Go to Part 2.

☑ Yes. Go to line 2.

**2. List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors with priority unsecured claims, fill out and attach the Additional Page of Part 1.

| | | Total claim | Priority amount |
|---|---|---|---|

**2.1**

INTERNAL REVENUE SERVICE
230 S DEARBORN ST
CHICAGO, IL 60604

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined    Priority amount: Undetermined

**2.2**

ILLINOIS DEPT OF REVENUE (IDOR)
ATTN: TAX DEPARTMENT
101 W JEFFERSON ST
SPRINGFIELD, IL 62702

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) (_8_)

**As of the petition filing date, the claim is:**
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

Total claim: Undetermined    Priority amount: Undetermined

2.3

CITY OF OTTAWA
ATTN: TAX DEPARTMENT
301 W MADISON ST
OTTAWA, IL 61350

**Date or dates debt was incurred**
Undetermined

**Last 4 digits of account number**

**Specify Code subsection of PRIORITY unsecured claim:**
11 U.S.C. § 507(a) ( **8** )

**As of the petition filing date, the claim is:**    Undetermined    Undetermined
*Check all that apply.*
☑ Contingent
☑ Unliquidated
☐ Disputed

**Basis for the claim:**
Tax Claim

**Is the claim subject to offset?**
☑ No
☐ Yes

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---|---|

**3. List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  | Amount of claim |
|---|---|

3.1

See Schedule F Attachment

**Date or dates debt was incurred**

**As of the petition filing date, the claim is:**    $8,330,172.69
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**

**Is the claim subject to offset?**
☐ No
☐ Yes

| Part 3: | List Others to Be Notified About Unsecured Claims |
|---|---|

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part 1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| 4.1 | Line | |
|  | ☐ Not listed. Explain | |

| **Part 4:** | **Total Amounts of the Priority and Nonpriority Unsecured Claims** |

**5. Add the amounts of priority and nonpriority unsecured claims.**

|  |  | **Total of claim amounts** |
|---|---|---|
| 5a. **Total claims from Part 1** | 5a. | $0.00 |
| 5b. **Total claims from Part 2** | 5b. | $8,330,172.69 |
| 5c. **Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $8,330,172.69 |

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|----|-----------------|-----------|-----------|-----------|-----------|------|-------|-----|---------------|----------------------------|-----------------|------------|--------------|----------|------------------------------------------|-------------|

| ID | Creditor's Name | Address 1 | Address 2 | Address 3 | Address 4 | City | State | ZIP | Date Incurred | Last 4 Digits of Account # | Basis for Claim | Contingent | Unliquidated | Disputed | Is the Claim Subject to Offset? (Yes/No) | Total Claim |
|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|---|
| 3.133 | RESIDENT 156; ID 1729 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $133,975.00 |
| 3.134 | RESIDENT 168; ID RL15 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $153,958.50 |
| 3.135 | RESIDENT 178; ID 2399 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $123,750.00 |
| 3.136 | RESIDENT 195; ID H3555 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $120,000.00 |
| 3.137 | RESIDENT 206; ID RL07 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $150,130.50 |
| 3.138 | RESIDENT 236; ID RL02 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $146,328.75 |
| 3.139 | RESIDENT 261; ID 1587 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $116,250.00 |
| 3.140 | RESIDENT 274; ID 2458 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $127,482.50 |
| 3.141 | RESIDENT 337; ID 2627 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $142,462.50 |
| 3.142 | RESIDENT 366; ID RL23 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $212,944.00 |
| 3.143 | RESIDENT 386; ID RL13 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $154,608.00 |
| 3.144 | RESIDENT 392; ID RL04 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $145,635.50 |
| 3.145 | RESIDENT 413; ID RL22 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $212,944.00 |
| 3.146 | RESIDENT 430; ID H3532 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $101,250.00 |
| 3.147 | RESIDENT 432; ID 1383 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $116,250.00 |
| 3.148 | RESIDENT 438; ID HC335 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $123,750.00 |
| 3.149 | RESIDENT 444; ID RL24 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $165,000.00 |
| 3.150 | RESIDENT 452; ID HC405 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $32,043.00 |
| 3.151 | RESIDENT 493; ID 2597 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $129,037.50 |
| 3.152 | RESIDENT 522; ID 2459 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $127,482.50 |
| 3.153 | RESIDENT 523; ID 2750 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $133,975.00 |
| 3.154 | RESIDENT 552; ID 1951 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $127,497.50 |
| 3.155 | RESIDENT 578; ID 2641 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $139,380.50 |
| 3.156 | RESIDENT 644; ID 2660 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $153,562.50 |
| 3.157 | RESIDENT 696; ID 2628 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $142,462.50 |
| 3.158 | RESIDENT 703; ID RL21 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $150,000.00 |
| 3.159 | RESIDENT 725; ID 2292 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $149,850.00 |
| 3.160 | RESIDENT 729; ID RL10 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $144,067.50 |
| 3.161 | RESIDENT 734; ID RL08 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $150,130.50 |
| 3.162 | RESIDENT 735; ID RL11 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $141,907.50 |
| 3.163 | RESIDENT 744; ID RL05 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $113,695.75 |
| 3.164 | RESIDENT 768; ID 2661 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $153,562.50 |
| 3.165 | RESIDENT 771; ID RL25 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $212,944.00 |
| 3.166 | RESIDENT 799; ID 1916 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $93,750.00 |
| 3.167 | RESIDENT 812; ID H548 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $105,750.00 |
| 3.168 | RESIDENT 819; ID RL14 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $158,407.50 |
| 3.169 | RESIDENT 88; ID 965 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $97,500.00 |
| 3.170 | REVERE ELECTRIC SUPPLY | 8216 SOLUTIONS CENTER | | | | CHICAGO | IL | 60677-8002 | 07/01/2021 | | Uncashed Check No. 201604 | | | | No | $93.26 |
| 3.171 | RICHERT INC; ID HC2580 | ADDRESS ON FILE | | | | | | | Undetermined | | Uncashed Check No. 201694 | X | | | No | $4,593.00 |
| 3.172 | RESIDENT 677; ID HC461 | ADDRESS ON FILE | | | | | | | Undetermined | | Security Deposit | X | | | No | $5,530.00 |
| 3.173 | RICHTER HEALTHCARE CONSULTANTS | 8940 CANYON FALLS BLVD #400 | | | | TWINSBURG | OH | 44087 | Undetermined | | Trade Claim | | | | No | $9,840.75 |
| 3.174 | ROBERT BERGER | ADDRESS ON FILE | | | | | | | 03/11/2021 | | Uncashed Check No. 201184 | | | | No | $1.00 |
| 3.175 | SECURITAS HEALTHCARE LLC | PO BOX 64849 | | | | PITTSBURGH | PA | 15264 | Undetermined | | Trade Claim | | | | No | $1,083.54 |
| 3.176 | SELECT REHABILITATION | ATTN: LEGAL DEPT | PO BOX 71985 | | | CHICAGO | IL | 60694 | Undetermined | | Trade Claim | | | | No | $203,859.52 |
| 3.177 | SERENITY POOL & SPA | 24551 PRODUCTION CIRCLE | SUITE 3 | | | BONITA SPRINGS | FL | 34135 | 01/19/2024 | | Uncashed Check No. 206483 | | | | No | $188.27 |
| 3.178 | SERENITY POOL & SPA | 24551 PRODUCTION CIRCLE | SUITE 3 | | | BONITA SPRINGS | FL | 34135 | 04/25/2024 | | Uncashed Check No. 206875 | | | | No | $188.27 |
| 3.179 | SHAW LOCAL MEDIA CO | 3905 PROGRESS BLVD | | | | PERU | IL | 61354 | Undetermined | | Trade Claim | | | | No | $242.00 |
| 3.180 | SHAW LOCAL MEDIA CO | 3905 PROGRESS BLVD | | | | PERU | IL | 61354 | 1/30/2025 | | Uncashed Check No. 1676 | | | | No | $240.00 |
| 3.181 | SHIFTKEY | PO BOX 735913 | | | | DALLAS | TX | 75373 | Undetermined | | Trade Claim | | | | No | $10,991.77 |
| 3.182 | SHIFTKEY | PO BOX 735913 | | | | DALLAS | TX | 75373 | 03/27/2024 | | Uncashed Check No. 206681 | | | | No | $1,088.75 |
| 3.183 | SOCIALWORK CONSULTATION GROUP, INC | 1104 HUNTER ROAD | | | | GLENVIEW | IL | 60025 | Undetermined | | Trade Claim | | | | No | $325.00 |
| 3.184 | SPOON MAN INC | PO BOX 53 | | | | JENISON | MI | 49429 | Undetermined | | Trade Claim | | | | No | $225.00 |
| 3.185 | STAPLES ADVANTAGE | PO BOX 660409 | | | | DALLAS | TX | 75266 | Undetermined | | Trade Claim | | | | No | $1,067.90 |
| 3.186 | STARVED ROCK HEATING AND COOLING | 1767 CHESSIE LANE | | | | OTTAWA | IL | 61350 | Undetermined | | Trade Claim | | | | No | $634.00 |
| 3.187 | STERICYCLE INC | 2860 NETWORK PLACE | | | | CHICAGO | IL | 60673 | Undetermined | | Trade Claim | | | | No | $363.56 |
| 3.188 | SUN TIMES MEDIA | 8247 SOLUTIONS CENTER | | | | CHICAGO | IL | 60677 | Undetermined | | Trade Claim | | | | No | $700.00 |
| 3.189 | RESIDENT 770; ID H956 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $150,000.00 |
| 3.190 | RESIDENT 771; ID RL25 | ADDRESS ON FILE | | | | | | | Undetermined | | Reservation Deposit | X | | | No | $59,795.00 |
| 3.191 | TEE JAY CENTRAL, INC | 206 E. SECOND STREET | PO BOX 130 | | | GRIDLEY | IL | 61744 | 11/21/2024 | | Uncashed Check No. 1431 | | | | No | $747.90 |
| 3.192 | TEXT-EM-ALL LLC | 3800 PARKWOOD BLVD | SUITE 900 | | | FRISCO | TX | 75034 | 06/15/2022 | | Uncashed Check No. 203380 | | | | No | $330.00 |
| 3.193 | THE ESTATE OF WILLIAM WALSH | C/O WILLIAM WALSH | 1687 N 2501ST ROAD | | | OTTAWA | IL | 61350 | 12/17/2022 | | Uncashed Check No. 203654 | | | | No | $1,874.47 |
| 3.194 | THOMAS CUISINE | ATTN: LEGAL DEPT | 700 E FRANKLIN RD | | | MERIDIAN | ID | 83642 | Undetermined | | Trade Claim | | | | Yes | $8,759.29 |
| 3.195 | THOMAS CUISINE | ATTN: LEGAL DEPT | 700 E FRANKLIN RD | | | MERIDIAN | ID | 83642 | Undetermined | | Trade Claim | | | | No | $142,250.47 |
| 3.196 | THOMAS S. MYERS | ADDRESS ON FILE | | | | | | | 1/30/2025 | | Uncashed Check No. 1677 | | | | No | $558.00 |
| 3.197 | THOMPSON ELECTRONICS COMPANY | 905 S. BOSCH ROAD | | | | PEORIA | IL | 61607-1199 | Undetermined | | Trade Claim | | | | No | $381.25 |
| 3.198 | TRI COUNTY REPAIR | 549 N 2803 RD | | | | UTICA | IL | 61373 | 1/30/2025 | | Uncashed Check No. 1678 | | | | No | $370.00 |
| 3.199 | UNEMPLOYMENT SERVICES TRUST | DEPT. LA 22972 | | | | PASADENA | CA | 91185 | Undetermined | | Trade Claim | | | | No | $5,920.26 |
| 3.200 | UVANTA PHARMACY NORTHERN IL | 200 E HOWARD | SUITE 226 | | | DES PLAINES | IL | 60018 | Undetermined | | Trade Claim | | | | No | $123.00 |
| 3.201 | VERN DENAULT | ADDRESS ON FILE | | | | | | | 1/30/2025 | | Uncashed Check No. 1678 | | | | No | $175.00 |
| 3.202 | RESIDENT 1282 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | Undetermined | |
| 3.203 | WASTE MANAGEMENT CORP SERVICES | P.O. BOX 4648 | | | | CAROL STREAM | IL | 60197 | 1/30/2025 | | Uncashed Check No. 1680 | | | | No | $3,202.47 |
| 3.204 | WASTE MANAGEMENT CORP SERVICES | P.O. BOX 4648 | | | | CAROL STREAM | IL | 60197 | 1/30/2025 | | Uncashed Check No. 1679 | | | | No | $1,685.50 |
| 3.205 | WASTE MANAGEMENT CORP SERVICES | P.O. BOX 4648 | | | | CAROL STREAM | IL | 60197 | 1/23/2025 | | Uncashed Check No. 1644 | | | | No | $139.18 |
| 3.206 | RESIDENT 1283 | ADDRESS ON FILE | | | | | | | Undetermined | | Potential Litigation Claim | X | X | X | Undetermined | |
| 3.207 | WILLLSKY CORPORATION | PO BOX 200086 | | | | DALLAS | TX | 75320 | 1/30/2025 | | Uncashed Check No. 1657 | | | | No | $14,999.14 |
| 3.208 | RESIDENT 452; ID HC405 | ADDRESS ON FILE | | | | | | | 1/31/2025 | | Entrance Fee Refund | X | | | No | $32,043.00 |

| | | | | | | | | | | | | | | | Total | $8,330,172.66 |

**Fill in this information to identify the case:**

Debtor name: Pleasant View Luther Home, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01708

☐ Check if this is an amended filing

<u>Official Form 206G</u>

## Schedule G: Executory Contracts and Unexpired Leases

**Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, numbering the entries consecutively.**

**Schedule G:**   **Executory Contracts and Unexpired Leases**

**1. Does the debtor have any executory contracts or unexpired leases?**

☐ No. Check this box and file this form with the court with the debtor's other schedules. There is nothing else to report on this form.

☑ Yes. Fill in all of the information below even if the contracts or leases are listed on Schedule A/B: Assets - Real and Personal Property (Official Form 206A/B).

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

2.1   **State what the contract or lease is for and the nature of the debtor's interest** — See Schedule G Attachment

**State the term remaining**

**List the contract number of any government contract**

SCHEDULE G ATTACHMENT
Executory Contracts and Unexpired Leases

| ID | Description of Contract or Lease | Remainder of Term (Days) | Contract ID | Notice Party's Name | Address 1 | Address 2 | Address 3 | City | State | ZIP | Country |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 2.001 | CLINICAL SERVICES AGREEMENT | Undetermined | | BESPOKE PSYCHIATRY | ATTN: DR. JACOB FVDA MD & DR. KRUSHEN PILLAY DO | 1203 W AUGUSTA BLVD | UNIT 1 | CHICAGO | IL | 60642 | |
| 2.002 | MEDICAL RECORD CONSULTANT'S AGREEMENT | Undetermined | | CARLIN & ASSOCIATES, LTD. | 700 CLAIRE LANE | | | PROSPECT HEIGHTS | IL | 60070 | |
| 2.003 | AGREEMENT FOR PHARMACY AND CONSULTING SERVICES | Undetermined | | CHICAGO MEDS, LLC DBA UVANTA PHARMACY-NORTHERN ILLINOIS | ATTN: JULIE DEPALMA | 200 E HOWARD AVENUE | SUITE 226 | DES PLAINES | IL | 60018 | |
| 2.004 | RETENTION AGREEMENT | Undetermined | | DAWN ST. CLAIR-DAVIS | ADDRESS ON FILE | | | | | | |
| 2.005 | DIRECTTV TERMS OF SERVICE | Undetermined | | DIRECTTV/SENIORTV | PO BOX 5006 | | | CAROL STREAM | IL | 60197 | |
| 2.006 | LEASE AGREEMENT | Undetermined | | LEAF CAPITAL FUNDING, LLC | C/O SENTRICS | 1720A CRETE STREET | | MOBERLY | MO | 65270 | |
| 2.007 | BUSINESS SERVICES AGREEMENT | Undetermined | | MEDIACOM TELEPHONY OF ILLINOIS, LLC. | 1 MEDIACOM WAY | | | MEDIACOM PARK | NY | 10918 | |
| 2.008 | LEASE AGREEMENT | Undetermined | | PITNEY BOWES | PO BOX 981039 | | | BOSTON | MA | 2298 | |
| 2.009 | BASIC PROTECTION PLAN AGREEMENT 27869-1 | Undetermined | | RF TECHNOLOGIES, INC (RFT) | ATTN: SERVICES AGREEMENT SPECIALIST | 3125 N. 126TH STREET | | BROOKFIELD | WI | 53005 | |
| 2.010 | AMENDMENT TO THERAPY SERVICES AGREEMENT | Undetermined | | SELECT REHABILITATION | ATTN: LEGAL DEPT | PO BOX 71985 | | CHICAGO | IL | 60694 | |
| 2.011 | MEDICAL DIRECTOR AGREEMENT | 402 Days | | T4 MEDICAL | ATTN: CHIEF LEGAL OFFICER | 800 WEST OAKTON STREET | | ARLINGTON HEIGHTS | IL | 60004 | |
| 2.012 | SCHEDULED TEST, REPAIR & SUPPORT AGREEMENT | 608 Days | | WALZ SCALE CO | ATTN: KURT | 656 HIGH POINT LN | | E. PEORIA | IL | 61611 | |

**Fill in this information to identify the case:**

Debtor name: Pleasant View Luther Home, Inc.

United States Bankruptcy Court for the: Northern District of Illinois

Case number: 25-01708

☐ Check if this is an amended filing

## Official Form 206H
## Schedule H: Codebtors

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Does the debtor have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.

☑ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, *Schedules D-G.*** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| *Column 1:* **Codebtor** | | *Column 2:* **Creditor** | |
|---|---|---|---|
| **Name** | **Mailing Address** | **Name** | **Check all schedules that apply:** |
| 2.1<br>Luther Oaks, Inc. | ATTN: JULIE BECKER<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.2<br>Lutheran Home and Services for the Aged, Inc. | ATTN: JULIE BECKER<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.3<br>Lutheran Home for the Aged, Inc. | ATTN: JULIE BECKER<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |
| 2.4<br>Wittenberg Lutheran Village, Inc. | ATTN: JULIE BECKER<br>120 SIXTH STREET SOUTH<br>SUITE 1400<br>MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D<br>☐ E/F<br>☐ G |

| 2.5 Wittenberg Lutheran Village Endowment Corporation | ATTN: JULIE BECKER 120 SIXTH STREET SOUTH SUITE 1400 MINNEAPOLIS, MN 55402 | UMB Bank, N.A. | ☑ D ☐ E/F ☐ G |
|---|---|---|---|
| 2.6 Luther Oaks, Inc. | ATTN: KIM MCMAHON JOHN WHYMAN 8750 W. BRYN MAWR AVENUE CHICAGO, IL 60631 | Old National Bank | ☑ D ☐ E/F ☐ G |
| 2.7 Lutheran Home and Services for the Aged, Inc. | ATTN: KIM MCMAHON JOHN WHYMAN 8750 W. BRYN MAWR AVENUE CHICAGO, IL 60631 | Old National Bank | ☑ D ☐ E/F ☐ G |
| 2.8 Lutheran Home for the Aged, Inc. | ATTN: KIM MCMAHON JOHN WHYMAN 8750 W. BRYN MAWR AVENUE CHICAGO, IL 60631 | Old National Bank | ☑ D ☐ E/F ☐ G |
| 2.9 Wittenberg Lutheran Village, Inc. | ATTN: KIM MCMAHON JOHN WHYMAN 8750 W. BRYN MAWR AVENUE CHICAGO, IL 60631 | Old National Bank | ☑ D ☐ E/F ☐ G |
| 2.10 Wittenberg Lutheran Village Endowment Corporation | ATTN: KIM MCMAHON JOHN WHYMAN 8750 W. BRYN MAWR AVENUE CHICAGO, IL 60631 | Old National Bank | ☑ D ☐ E/F ☐ G |
| 2.11 Luther Oaks, Inc. | ATTN: CAROLYN GERGITS 8765 W HIGGINS RD CHICAGO, IL 60631 | Mission Investment Fund of the Evangelical Lutheran Church in America | ☑ D ☐ E/F ☐ G |
| 2.12 Lutheran Home and Services for the Aged, Inc. | ATTN: CAROLYN GERGITS 8765 W HIGGINS RD CHICAGO, IL 60631 | Mission Investment Fund of the Evangelical Lutheran Church in America | ☑ D ☐ E/F ☐ G |

2.13
Lutheran Home for the
Aged, Inc.

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G

2.14
Wittenberg Lutheran
Village, Inc.

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G

2.15
Wittenberg Lutheran
Village Endowment
Corporation

ATTN: CAROLYN GERGITS
8765 W HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G

2.16
Lutheran Life Ministries

MISSION INVESTMENT FUND OF THE EVANGELICAL
LUTHERAN CHURCH IN AMERICA
ATTN: CAROLYN GERGITS
8765 W. HIGGINS RD
CHICAGO, IL 60631

Mission Investment Fund of the Evangelical Lutheran
Church in America

☑ D
☐ E/F
☐ G